PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Yaneira Perdomo      **Docket Number:** 10-00436-001
     **PACTS Number:** 53790

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden

**Date of Original Sentence:** 11/16/2010

**Original Offense:** Importation of Cocaine into the United States

**Original Sentence:** 4 years probation

**Type of Supervision:** Probation      **Date Supervision Commenced:** 11/16/10

**Assistant U.S. Attorney:** Ronnell Wilson, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Kevin Carlucci, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report to the Probation Officer as directed on February 3, 2011, February 23, 2011, March 4, 2011, March 8, 2011, and March 23, 2011. |
| 2. | The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | On January 11, 2011, the offender tested positive for marijuana usage. The offender verbally admitted to marijuana usage to her Probation Officer and |

PROB 12C - Page 2
Yaneira Perdomo

Substance Abuse Counselor. The dates of verbal admission are: December 31, 2010, February 28, 2011, and March 19, 2011.

3. The offender has violated the special supervision condition which states 'ALCOHOL/DRUG TESTING AND TREATMENT. You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

The offender has missed random drug tests dates on February 14, 2011, February 17, 2011, February 25, 2011, March 14, 2011, and March 24, 2011. Information received from her primary drug counselor and treatment provider reveal that the offender has failed to report on the following dates: February 12, 2011 (missed group counseling); February 26, 2011 (missed group and individual counseling); and March 12, 2011 (missed group and individual counseling).

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 5/2/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Hayden
Signature of Judicial Officer

5/3/11
Date