## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States of America

        Plaintiff(s)

   vs.

Yaneira Perdomo

        Defendant(s)

Criminal No. 10-436   (KSH)

**ORDER OF DETENTION**

The United States Marshals Service are directed to take defendant, Yaneira Perdomo into federal custody.

Supervised release previously set is hereby revoked. Order to follow.

SO ORDERED

_____
KATHARINE S. HAYDEN    U.S.D.J.

Date: 5/17/11