UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Katharine S. Hayden

    v.     :     Crim. No. 10-436 (KSH)

YANEIRA PERDOMO     :     <u>O R D E R</u>

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Yaneira Perdomo to comply with certain conditions of probation imposed on November 16, 2010, Ronnell L. Wilson, Assistant U.S. Attorney, appearing for the Government, and Kevin Carlucci, Assistant Federal Public Defender, appearing for the defendant; and the defendant having waived the preliminary hearing and having entered a guilty plea and been adjudged guilty on May 17, 2011 to having violated Condition No. 10 of the Standard Conditions of Probation, which required that she refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or controlled substance or any paraphernalia related to such substances, except as prescribed by a physician; and for good cause shown;

IT IS on this 17th day of May, 2011,

ORDERED that the term of probation is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ~~1 month;~~ 30 days;

IT IS FURTHER ORDERED that upon release from imprisonment, a 36 month term of supervised release shall be imposed upon the defendant;

IT IS FURTHER ORDERED that upon release from imprisonment the defendant shall immediately enroll in a 90-day inpatient treatment program at the Meadow Run Residential Women's Program in Rhinebeck, New York;

IT IS FURTHER ORDERED that all other previously imposed conditions of probation are hereby imposed as conditions of Supervised Release; and

IT IS FURTHER ORDERED that Violations 1 and 3 of the Violation Report dated April 27, 2011 are hereby dismissed.

                              _____
                              HONORABLE KATHARINE S. HAYDEN
                              United States District Judge